No. 1035. Torres, Demandante y Apelada, *v.* Pérez, De-mandada y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo. Moción de la parte apelada para que se desestime la apelación. Resuelto en octubre 6, 1913. Desesti-mada la apelación por incumplimiento de los preceptos del ar-tículo 299 del Código de Enjuiciamiento Civil enmendado por la ley No. 70 de marzo 9, 1911. Abogado de la apelada:_*Sr. Pedro Gómez Lasserre.* La apelante no compareció.

---

No. ——. Mas et al., Demandantes y Apelantes, *v.* Bo-rinquen Sugar Co., Demandada y Apelada.—Apelación pro-cedente de la Corte de Distrito de Humacao. Moción de la parte apelante desistiendo de la apelación. Resuelto en octu-bre 6, 1913. Denegada la moción por no constar en forma alguna la fecha de la sentencia apelada ni de la interposi-ción del recurso. Abogado de los apelantes: *Sres. Aponte y Aponte.* Abogados de la apelada: *Sres. Alvarez Nava y Domínguez.*

---

No. 615. El Pueblo, Apelado, *v.* González, Apelante.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción del Fiscal para que se eliminen ciertos documentos. Resuelto en octubre 10, 1913. Con lugar la moción. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del ape-lante: *Sr. Pedro Manzano Aviñó.*